IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Carlos Vazquez,<br><br>　　　　　Movant/Defendant,<br><br>v.<br><br>United States of America,<br><br>　　　　　Respondent/Plaintiff. | No.　CV15-0180 PHX DGC (BSB)<br>　　　CR13-0499 PHX DGC<br><br>**ORDER** |

Defendant Jose Carlos Vazquez has filed a motion to vacate sentence pursuant to 28 U.S.C. § 2255.  Doc. 1.  United States Magistrate Judge Bridget S. Bade has issued a report and recommendation ("R&R") recommending that the motion be denied.  Doc. 7.  No objection has been filed, which relieves the Court of its obligation to review the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  The Court will accept the R&R and deny the motion.

**IT IS ORDERED:**

1. The R&R (Doc. 7) is **accepted**.
2. The motion to vacate sentence (Doc. 1) is **denied**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

1  4. The Clerk is directed to **terminate** this action.

2  Dated this 2nd day of November, 2015.

*[signature]*

David G. Campbell
United States District Judge